IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANA VIVAS, | : |
| On behalf of T.F.V., | : Case No. 2:20-cv-5343 |
| Plaintiff, | : Chief Judge Algenon L. Marbley |
| v. | : Magistrate Judge Kimberly A. Jolson |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

### ORDER ON REPORT AND RECOMMENDATION

On October 8, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 18) that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's decision. The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (*Id.* at 12–13). No objections have been filed, and the deadline lapsed on October 22, 2021.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2021

1